IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT LEE WRIGHT, III,**

   *Plaintiff*,

v.     Case No.: 4:24cv88-MW/MAF

**SUNRISE BANKS, et al.,**

   *Defendants*.

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint is **DISMISSED** for failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED on May 13, 2024.**

                                                            s/Mark E. Walker          
                                                            **Chief United States District Judge**