IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT LEE WRIGHT, III,**

   *Plaintiff*,

v.                                            Case No.: 4:24cv88-MW/MAF

**SUNRISE BANKS, et al.,**

   *Defendants*.
_____/

## ORDER VACATING PRIOR ORDER, CONSIDERING OBJECTIONS, AND ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OVER PETITIONER'S OBJECTIONS

This Court previously adopted the Magistrate Judge's report and recommendation without objection from either side, ECF No. 9, and directed judgment be entered in Defendants' favor, ECF No. 10. On May 17, 2024, however, this Court received Plaintiff's objections to the report and recommendation. ECF No. 11. Under the prison mailbox rule, Plaintiff's objections appear to be timely.[1] Accordingly, both this Court's order accepting and adopting the report and recommendation, ECF No. 9, and the judgment, ECF No. 10, are due to be vacated.

---

[1] While Plaintiff does not certify when he delivered the filing to prison officials for mailing, the envelope appears to be stamped with the date April 20, 2024, which would make the objections timely. *See* ECF No. 11 at 2.

This Court now considers the Magistrate Judge's Report and Recommendation *de novo* with the benefit of Plaintiff's objections.

The Magistrate Judge recommends that Plaintiff's 42 U.S.C. § 1983 complaint be dismissed under Federal Rule of Civil Procedure 41(b) because Plaintiff failed to comply with court orders. *See* ECF No. 8. Plaintiff raises several objections, but they do not help his claim. Plaintiff's objections largely center on his claim that he is not suing Sunrise Banks. *See* ECF No. 11 at 1. Even accepting this as true, it does not explain or excuse his failure to comply with this Court's orders to either pay the filing fee or file a motion for leave to proceed *in forma pauperis*. Accordingly,

**IT IS ORDERED:**

1. The Clerk is **DIRECTED** to **VACATE** this Court's order accepting and adopting the report and recommendation, ECF No. 9, and the judgment, ECF No. 10.

2. Having considered Plaintiff's objections, ECF No. 11, *de novo*, this Court again **accepts and adopts** the Magistrate Judge's report and recommendation, ECF No. 8 as this Court's opinion.

3. Plaintiff's complaint under 42 U.S.C. § 1983, ECF No. 1, is **DISMISSED without prejudice**.

4. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** under Federal Rule of Civil Procedure

41(b)."

5. The Clerk shall close the file.

**SO ORDERED on May 24, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**